JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CHILIN, | Case No. EDCV 23-939-KK-PDx |
| Plaintiff, | |
| v. | JUDGMENT |
| MARCELA G. RODRIGUEZ, | |
| Defendant. | |

Pursuant to the Order Granting Plaintiff's Motion for Default Judgment,

IT IS HEREBY ADJUDGED that judgment is entered in favor of Plaintiff Nelson Chilin against Defendant Marcela G. Rodriguez in the amount of $2,517.00 in attorney's fees and costs. Defendant Marcela G. Rodriguez is also hereby ORDERED to provide an accessible parking space at the business located at 1734 E. Highland Avenue, San Bernardino, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated:  February 9, 2024

HONORABLE KENLY KIYA KATO
United States District Judge